FILED

2019 MAY -8 PM 1: 24

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) I N D I C T M E N T |
| | ) |
| Plaintiff, | ) **1 : 19  CR  285** |
| | ) |
| v. | ) CASE NO._____ |
| | ) Title 18, United States Code, |
| ANTHONY V. COLADANGELO, | ) Sections 2252(a)(2), and |
| | ) 2252A(a)(5)(B) |
| Defendant. | ) |

JUDGE BOYKO

COUNT 1
(Receipt and Distribution of Visual Depictions of Real Minors Engaged in Sexually Explicit
Conduct, 18 U.S.C. § 2252(a)(2))

The Grand Jury charges:

1.      From on or about January 7, 2019 through on or about February 24, 2019, in the

Northern District of Ohio, Eastern Division, and elsewhere, Defendant ANTHONY V.

COLADANGELO, did knowingly receive and distribute, using any means and facility of

interstate and foreign commerce, numerous computer files, which files contained visual

depictions of real minors engaged in sexually explicit conduct, and which files had been shipped

and transported in and affecting interstate and foreign commerce, as defined in Title 18, United

States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT 2
(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

2.      On or about April 16, 2019, in the Northern District of Ohio, Eastern Division,

Defendant ANTHONY V. COLADANGELO did knowingly possess a Dell desk top computer,

S/N 6YFXND1, that contained child pornography as defined in Title 18, United States Code,

Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).


                                        A TRUE BILL.


Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.